STATE of Missouri, Respondent,

v.

**Montel FISHER, Appellant.**

No. WD 58526.

Missouri Court of Appeals, Western District.

April 10, 2001.

Emmett D. Queener, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa Sutherland, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ULRICH, P.J., EDWIN H. SMITH and NEWTON, JJ.

### *ORDER*

PER CURIAM:

Montel Fisher appeals his conviction for possession of a controlled substance in a correctional institution.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).